**SEND**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSE SOMOZA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:CV09-02496-CAS (DTB) |
| v. | |
| EXELENT GOVERNOR OF CA. | **JUDGMENT** (Failure to Pay the Initial Partial Filing Fee) |
| DEFENDANT(S). | |

On __June 18, 2009__, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court an initial partial filing fee.

By Order to Show Cause dated __October 2, 2009__, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure timely to pay the initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

__November 4, 2009__                                __Christina A. Snyder__
Date                                                              United States District Judge

Presented by:

_[signature]_

United States Magistrate Judge